UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CRYSTAL PHILLIPS,

    Plaintiff,

v.                           Case No. 8:16-cv-2312-T-33PDB

NANCY A. BERRYHILL, Acting
Commissioner of Social
Security,

    Defendant.
_____/

**ORDER**

This matter comes before the Court upon consideration of Defendant Nancy A. Berryhill's, Acting Commissioner of Social Security,[1] Unopposed Motion for Entry of Judgment with Remand (Doc. # 17), filed on March 14, 2017. For the reasons below, the Court grants the Motion.

**Discussion**

Plaintiff Crystal Phillips initiated this action on August 11, 2016. (Doc. # 1). Prior to the completion of briefing on the substantive issues, the Commissioner filed

---

[1] After this suit was filed, but before this Order was entered, Nancy A. Berryhill replaced Carolyn W. Colvin as the Acting Commissioner of Social Security. Accordingly, pursuant to Rule 25(d), Fed. R. Civ. P., and 42 U.S.C. § 405(g), Nancy A. Berryhill is substituted for Carolyn W. Colvin.

the present Motion, explaining that further administrative proceedings are needed. In the Motion, the Commissioner requests an order reversing and remanding this action under sentence four of 42 U.S.C. § 405(g). The Commissioner specifies that:

> The Commissioner believes that remand would be appropriate for the ALJ to further assess Plaintiff's ability to perform her past relevant work and other work in the national economy and, if necessary, obtain supplemental evidence from a vocational expert to assist in this determination.

(Doc. # 17 at 1).

Upon due consideration, the Court grants the Motion, which is unopposed. This case is remanded for further administrative proceedings consistent with the foregoing.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The Commissioner's Unopposed Motion for Entry of Judgment with Remand (Doc. # 17) is **GRANTED.**

(2) The Clerk is directed to enter judgment in favor of Plaintiff reflecting that this case is **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings.

(3) Once judgment is entered, the Clerk is directed to **CLOSE** this case.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 15th day of March, 2017.

/s/ Virginia M. Hernandez Covington
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE